IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Islamic Republic of Iran<br><br>    Defendant. | Case No. 24-cv-284 |

**PLAINTIFFS' *EX PARTE* MOTION FOR WAIVER OF LOCAL RULE 5.1(c)**

Plaintiffs respectfully move this Court *ex parte*, pursuant to Local Rule 5.1(c) for an Order: (1) exempting them from the requirements contained in Local Civil Rule 5.1(c)(1) and that they be allowed to proceed without providing their home addresses, or (2) in the alternative, for leave to file under seal, a notice containing Plaintiffs' last permanent addresses, without disclosure to Defendant, within thirty (30) days.  In support of the motion, Plaintiffs respectfully state as follows:

1.Plaintiffs have brought this action under 28 U.S.C. § 1605A, arising from the terrorist attack that occurred in Southern Israel on October 7, 2023, and was perpetrated by Hamas and other designated terrorist organizations.

2.Plaintiffs' Complaint is being filed simultaneously with this motion.

3.Plaintiffs are American citizens and their family members who were victims of the heinous terrorist attack on October 7, 2023 in Southern Israel.

4.Defendant is the Islamic Republic of Iran.

5. Plaintiffs wish to assert their rights before this Court, but fear possible death or physical and/or mental harm in retaliation for proceeding with this suit and thus seek to protect themselves and their family members by shielding their residential addresses.

6. In support of this request, Plaintiffs rely upon the facts, law, and argument presented in the simultaneously filed Memorandum of Law in Support of this Motion.

WHEREFORE, Plaintiffs request that this motion be granted and that the Court enter an Order allowing Plaintiffs to proceed without providing residential addresses, or in the alternative, requiring within thirty (30) days, that Plaintiffs' counsel file, under seal without disclosure to Defendant, a notice containing the last permanent residential address of each Plaintiff.

Dated:  Washington, D.C.
           January 31, 2024

By:  */s/ Dennis Hranitzky*
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alex B. Spiro (pro hac forthcoming)
Isaac Nesser (pro hac forthcoming)
David B. Adler (pro hac forthcoming)
Jonathan E. Feder (pro hac forthcoming)
Yehuda Goor (pro hac forthcoming)
Michael Wittmann (pro hac forthcoming)
Alexandra Weissfisch (pro hac forthcoming)
alexspiro@quinnemanuel.com
isaacnesser@quinnemanuel.com
davidadler@quinnemanuel.com
jonathanfeder@quinnemanuel.com
yehudagoor@quinnemanuel.com
michaelwittmann@quinnemanuel.com
alexandraweissfisch@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Andrew H. Schapiro (pro hac forthcoming)
andrewschapiro@quinnemanuel.com
191 N Wacker Drive #2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

William A. Burck (D.C. Bar 979677)
Christopher G. Michel (D.C. Bar 1034557)
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Dennis H. Hranitzky (D.C. Bar NY0117)
dennishranitzky@quinnemanuel.com
2755 E Cottonwood Pkwy, Suite 430
Salt Lake City, UT 84121
Telephone:  (801) 515-7300
Facsimile:  (801) 515-7400

Robert M. Schwartz (D.C. Bar 412049)
robertschwartz@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiffs*