IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>                            Plaintiffs,<br><br>               v.<br><br>Islamic Republic of Iran<br><br>                            Defendant. | Case No. 24-cv-284 |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'**
***EX PARTE* MOTION FOR WAIVER OF LOCAL RULE 5.1(c)**

COME NOW Plaintiffs, by and through their counsel, and in support of their Motion For Waiver Of Local Rule 5.1(c), specifically to allow them to proceed without providing their home addresses, state as follows:

**I.     FACTUAL AND PROCEDURAL BACKGROUND**

Plaintiffs filed this action under 28 U.S.C. § 1605A, alleging that Iran, a designated state sponsor of international terrorism, funded, supplied, planned, encouraged, and directed the October 7, 2023 Hamas terrorist attack in Southern Israel that resulted in the death of more than 1,200 men, women, and children, and that taking of over 240 hostages.  Plaintiffs and their immediate family members were victims in the October 7 terrorist attack.

In their Complaint, Plaintiffs have omitted their current residential addresses out of fear of reprisals against themselves and their families.  The October 7 attack—funded, armed, and directed by Defendant the Islamic Republic of Iran—targeted many of the Plaintiffs in and near their homes in Israel.  In its aftermath, Iran celebrated the attack, its terror proxy Hamas has vowed to repeat the attack (and has attempted to do so), and its proxies and supporters throughout the world have targeted Jews and Israelis in a campaign of terror and harassment.

1

Iran is also notorious for plots to commit assassinations around the world; as recently as last year, Iran was caught plotting to assassinate critics of its regime in London.[1]

Plaintiffs—victims of the October 7 attack—are reasonably concerned for their own safety if their private personal information is disclosed to the opposing party, Iran. Accordingly, they request that the Court waive Local Rule 5.1(c) to protect that information.

## II.   LEGAL STANDARD

Courts in this district apply a five-factor test in considering requests regarding withholding plaintiffs' residential addresses. *See Chang v. Republic of Sudan*, 548 F. Supp. 3d 34, 37 (D.D.C. 2021) (applying the five-factor test for a request to proceed anonymously for some plaintiffs and to seal the residential addresses of all plaintiffs); *Yaman v. Dep't of State*, 786 F. Supp. 2d 148, 151 (D.D.C. 2011) (applying five-factor test for sealing addresses). The five factors are: "(1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of [a] sensitive and highly personal nature; (2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or[,] even more critically, to innocent non-parties; (3) the ages of the persons whose privacy interests are sought to be protected; (4) whether the action is against a governmental or private party; and relatedly, (5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously." *Id.* (quoting *In re Sealed Case*, 931 F.3d 92, 97 (D.C. Cir. 2019)). Courts also "consider whether

---

[1] Liam Scott, *Analysts: Assassination Plot Shows Extremes Iran Employs to Target Critics*, VOA (Jan. 21, 2024, 3:15 PM), https://www.voanews.com/a/analysts-assassination-plot-shows-extremes-iran-employs-to-target-critics/7449154.html; *see also* Dan Mangan, *Three Arrested in Plot to Linked to Iran to Assassinate U.S. Journalist, DOJ Says*, CNBC (Jan. 27, 2023, 10:58 AM) https://www.cnbc.com/2023/01/27/three-arrested-in-murder-for-hire-plot-targeting-us-journalist-who-criticized-iran.html (describing plot to kidnap and assassinate prominent critic of Iran in Brooklyn, New York).

and to what extent plaintiff's request obstructs the public's access to the proceedings," though the "crucial interests served by open trials are not inevitably compromised . . . when a court allows a party to proceed anonymously." *J.W. v. D.C.*, 318 F.R.D. 196, 199 (D.D.C. 2016) (internal quotation marks and citations omitted).

"Where an action is brought against a government entity rather than a private party . . . courts are likely to allow a plaintiff to proceed anonymously." *Yaman v. U.S. Dep't of State*, 786 F. Supp. 2d 148, 153 (D.D.C. 2011).

### III. THE COURT SHOULD PROTECT PLAINTIFFS' HOME ADDRESSES

Courts in this district regularly recognize the justification and importance of protecting plaintiffs seeking to hold Iran to account for its sponsorship and direction of terror activities in the Middle East region. *See, e.g.*, Order, *Blank v. Islamic Republic of Iran*, No. 19-cv-3645, ECF No. 6 (D.D.C. Dec. 9, 2019); *M.M. v. The Islamic Republic of Iran*, No. 21-cv-02783, ECF No. 2 (D.D.C. Oct. 7, 2021); Minute Order, *Doe v. The Islamic Republic of Iran*, 08-cv-00540, ECF No. (D.D.C. Mar. 28, 2008). The need and justification for privacy here—shielding of residential addresses—is at least as compelling as in precedent cases, while the costs to Iran and the public are minimal, if any.

The Court amended its Local Rule 5.1, effective as of March 23, 2022, to no longer require public posting of residential addresses.[2] The remaining requirement—to make the residential addresses available "only to the Court and the opposing party" should be waived here given the extreme circumstances of the Plaintiffs to this litigation—victims of a military-grade

---

[2] *See* Order, March 23, 2022, https://www.dcd.uscourts.gov/sites/dcd/files/local_rules/Rules LCvR 5.1 7k 40.7 etc.pdf.

mass casualty terror attack sponsored and directed by Iran,[3] a country committed to the destruction of the State of Israel and a sponsor of organizations committed to killing Jews in Israel.[4]  *See Ghodstinat v. Islamic Republic of Iran*, No. 23-cv-03175, Minute Order *re* ECF No. 3 (D.D.C. Oct. 25, 2023) (waiving requirement to provide residential addresses entirely); *see also Morris v. Islamic Republic of Iran*, No. 23-cv-01941, Minute Order *re* ECF No. 5 (D.D.C. Aug. 2, 2023) (waiving requirement under Local Rule 5.1(c) to provide residential address to opposing party).  The Plaintiffs are also largely displaced from their homes due to the October 7 Attack.

The first three factors are thus easily met here.  Plaintiffs have legitimate safety concerns, having already been targeted once by Iran (via Hamas), many while in their homes or nearby shelters.  Iranian proxies and supporters have avowed hatred toward, and vowed further attacks on, Plaintiffs and their homes (*see infra* at n.14).  And the rise of antisemitic and anti-Israel rhetoric in the aftermath of the attack[5] on the Plaintiffs, their families, and their homes has

---

[3] *See* Summer Said, et al., *Hamas Fighters Trained In Iran Before Oct. 7 Attacks*, Oct. 25, 2023, https://www.wsj.com/world/middle-east/hamas-fighters-trained-in-iran-before-oct-7-attacks-e2a8dbb9.

[4] *See* Reuters, *Adviser To Iran's Supreme Leader Expresses Support For Palestinian Attacks*, Oct. 7, 2023, https://www.reuters.com/world/middle-east/adviser-irans-supreme-leader-expresses-support-palestinian-attacks-iranian-media-2023-10-07; Mazier Motamedi, *Iran And Israel: From Allies To Archenemies, How Did They Get Here?*, Nov. 6, 2023, https://www.aljazeera.com/news/2023/11/6/iran-and-israel-from-allies-to-archenemies-how-did-they-get-here; James Hookway, *Who Are The Houthis? What To Know As Red Sea Attacks Continue*, Jan. 18, 2024, https://www.wsj.com/world/middle-east/houthis-yemen-rebels-us-strike-explained-75697f9c.

[5] Andrea Shalal, *Biden warns against rise of antisemitism, efforts to downplay Hamas attacks*, Jan. 26, 2024, https://www.reuters.com/world/us/biden-warns-against-rise-antisemitism-efforts-downplay-hamas-attacks-2024-01-26/; Emily Mae Czachor, *U.S. sees "unprecedented," "staggering" rise in antisemitic and anti-Muslim incidents since start of Israel-Hamas war, groups say*, Dec. 11, 2023, https://www.cbsnews.com/news/antisemitic-anti-muslim-incidents-israel-hamas-war-anti-defamation-league; Reuters, *How the surge in antisemitism is affecting*

caused immense additional pain to many Plaintiffs, and they fear being exposed as targets for such hate.

As to the third factor, Plaintiffs include young children (as young as five years old) as well as the parents and grandparents of minor children—ranging in ages from infants and toddlers to teenagers. And minors have not been spared the antisemitic anti-Israel lust of Iran and its networks of proxies and supporters.[6]

The final two factors also weigh in favor of non-disclosure. This case is brought against the Islamic Republic of Iran, a "governmental party . . . . [that] do[es] not share concerns about 'reputation' that private individuals have when they are publicly charged with wrongdoing." *Doe v. Cabrera*, 307 F.R.D. 1, 8 (D.D.C. 2014) (internal quotations omitted). And there is no prejudice to Iran's ability to lawfully defend this action without Plaintiffs' home addresses.

In *Chang v. Republic of Sudan*, 548 F. Supp. 3d 34 (D.D.C. 2021), because the plaintiffs reasonably alleged fear of retaliation from the defendant and its supporters, and the defendant had previously engaged in "cross-border harassment, intimidation, and attacks against critics," the first two factors weighed heavily in favor of granting plaintiffs' request to seal their addresses. *Chang* 548 F. Supp. 3d at 38. Additionally, because defendant had no need for plaintiffs' addresses to defend the claims, the fifth factor weighed in favor of sealing. *Id.* at 38-39 (deferring for later consideration whether unsealing of the names might, at some point in the

---

*countries around the world*, Oct. 31, 2023, https://www.reuters.com/world/how-surge-antisemitism-is-affecting-countries-around-world-2023-10-31.

[6] *See* Dan Williams, *Baby Remains Hostage In Gaza As Others Go Free In Israel-Hamas Deal*, Nov. 28, 2023, https://www.reuters.com/world/middle-east/baby-remains-hostage-gaza-others-go-free-israel-hamas-deal-2023-11-28; TOI Staff, *14 Kids Under 10, 25 People Over 80: Up-To-Date Breakdown Of Oct 7 Victims We Know About*, Dec. 4, 2023, https://www.timesofisrael.com/14-kids-under-10-25-people-over-80-up-to-date-breakdown-of-oct-7-victims-we-know-about.

litigation, be reasonably required by the defendant but recognizing that addresses are not necessary).

Here, most Plaintiffs are currently displaced from their homes in Southern Israel because of the risk of another Iran-funded attack.[7]  Some are taking refuge outside the country of Israel while others are temporarily sheltering in short-term housing with other displaced victims of the attack.  These locations are purposely obscure, as distant and secret as possible from Iran and its network of terrorist militias, including those that carried out the October 7 Attack.  This is not a hypothetical risk:  since October 7, targeted terror attacks by Hamas and other Iranian-backed militias have harmed civilians in Israel and throughout the region.  For example:

- On October 24, 2023, 10 Iran-backed Hamas divers attempted to attack towns in Southern Israel by sea.[8]

- On November 30, 2023, two Iran-backed Hamas gunmen executed a gun attack as a bus stop in Jerusalem, Israel, killing three and wounding at least eight people.[9]

- On January 15, 2024, Iran-backed Hamas carried out a stabbing and ramming attack in Israel, leaving at least 12 people wounded and one killed.[10]

- From October 2023 to the present, Iran-backed Houthi rebels have engaged in dozens of attacks firing guided missiles and explosive drones at ships in the Red

---

[7] *See, e.g.*, TOI Staff, *About 200,000 Israelis Internally Displaced Amid Ongoing Gaza War, Tensions In North*, Oct. 22, 2023, https://www.timesofisrael.com/about-200000-israelis-internally-displaced-amid-ongoing-gaza-war-tensions-in-north.

[8] Jerusalem Post Staff, *IDF Kills At Least 10 Hamas Terrorists In Attempted Maritime Infiltration*, Oct. 24, 2023, https://www.jpost.com/breaking-news/article-769984; Emanuel Fabian, *Army Says Sea-Borne Hamas Infiltration Thwarted, Two Terrorists Killed*, Oct. 24, 2023, https://www.timesofisrael.com/idf-says-sea-borne-hamas-infiltration-thwarted-several-terrorists-killed.

[9] Reuters, *Two Hamas Gunmen Open Fire At Jerusalem Bus Stop, Killing Three*, Nov. 30, 2023, https://www.reuters.com/world/middle-east/shooting-attack-jerusalem-wounds-least-6-ambulance-service-2023-11-30.

[10] Jerusalem Post Staff, *Terror In Israel: Hamas Terrorist Wounds Over A Dozen In Ra'anana, One Murdered*, Jan. 15, 2024, https://www.jpost.com/breaking-news/article-782232.

  Sea and at targets in Israel.[11]  Their four-line slogan includes "Death to Israel, Curse Upon the Jews."[12]

- From October 2023 to the present, Iran-backed Hezbollah has engaged in near-daily attacks on Israel, including missile attacks and attempted incursions.[13]

Iran-backed Hamas also has publicly sworn to repeat its October 7 Attack over and over.[14]  And Iran has publicly celebrated and taken credit for the October 7 Attack.[15]  Nor is Iran unwilling to target Americans: On January 28, 2024, days before this filing, "Iran-backed militants" murdered three U.S. servicemembers and injured thirty in an attack in Jordan, neighboring Israel.[16]  This was Iran's 159th attack on U.S. forces in the aftermath of its October 7, 2023 attack on Southern Israel.[17]

---

[11]  See Reuters, *Iranian And Hezbollah Commanders Help Direct Houthi Attacks In Yemen, Reuters Reports*, Jan. 21, 2024, https://www.cnbc.com/2024/01/21/iranian-and-hezbollah-commanders-help-direct-houthi-attacks-sources.html.

[12]  See James Hookway, *Who Are The Houthis? What To Know As Red Sea Attacks Continue*, Jan. 18, 2024, https://www.wsj.com/world/middle-east/houthis-yemen-rebels-us-strike-explained-75697f9c.

[13]  See Haley Ott, *What Is Hezbollah And What Does Lebanon Have To Do With The Israel-Hamas War*, Jan. 9, 2024, https://www.cbsnews.com/news/what-is-hezbollah-israel-lebanon-border-hamas-war; The Associated Press, *Hezbollah Fires Rockets At Northern Israel In Response To Killing Of A Hamas Leader*, Jan. 6, 2024, https://www.npr.org/2024/01/06/1223290019/hezbollah-fires-rockets-northern-israel.

[14]  MEMRI, *Hamas Official Ghazi Hamad: We Will Repeat The October 7 Attack, Time And Again, Until Israel Is Annihilated*, Nov. 1, 2023, https://www.memri.org/reports/hamas-official-ghazi-hamad-we-will-repeat-october-7-attack-time-and-again-until-israel#:.

[15]  See, e.g., Giselle Ruhiyyih Ewing, *Iran Praises Hamas As Attack Reverberates Around Middle East*, Oct. 7, 2023, https://www.politico.com/news/2023/10/07/iran-praises-hamas-attack-israel-middle-east-00120491; Jerusalem Post Staff & Reuters, *October 7 Massacre Was Retaliation For Soleimani Killing, Iran Says - Report*, Dec. 27, 2023, https://www.jpost.com/breaking-news/article-779705.

[16]  Haley Britzky, et al., *Three US troops killed in drone attack in Jordan, more than 30 injured*, Jan. 28, 2024, https://www.cnn.com/2024/01/28/politics/us-troops-drone-attack-jordan/index.html

[17]  Trey Yingst, x.com, Jan. 28, 2024 12:50 p.m., https://twitter.com/TreyYingst/status/1751664004731199597

Plaintiffs are thus actually and reasonably "extremely concerned that by publicly disclosing their residential addresses, they will be subjecting themselves to risks of harassment or physical harm." *Estate of Johnson v. The Islamic Republic of Iran,* No. 23-cv-1689, ECF no. 10 at 2 (D.D.C. July 10, 2023). As set out in the Complaint, many plaintiffs live in fear of another attack. They have trouble sleeping at night, frighten at sudden or loud sounds, and avoid crowded places. Limited anonymity towards the terroristic Iranian regime is warranted. *See id.* (granting motion for waiver of Local R. 5.1 because "the need for public access to this particular information is low[,] … the plaintiffs' privacy interests are strong [and t]hey have brought this action against Iran alleging that Iran assisted those who carried out the Khobar Towers bombing.").

## IV.   CONCLUSION

For the foregoing reasons, Plaintiffs request that the instant Motion be granted and that the Court enter an Order permitting Plaintiffs to proceed without disclosure of Plaintiffs' current addresses, or in the alternative, requiring Plaintiffs to provide their last permanent addresses (before being displaced on October 7, 2023) with such filing being made within thirty days from the date of the Court's order and being maintained by the Court under seal and *ex parte*, including against the opposing party, the Islamic Republic of Iran.

Dated: Washington, D.C.
January 31, 2024

By: /s/ Dennis Hranitzky
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alex B. Spiro (pro hac forthcoming)
Isaac Nesser (pro hac forthcoming)
David B. Adler (pro hac forthcoming)
Jonathan E. Feder (pro hac forthcoming)
Yehuda Goor (pro hac forthcoming)
Michael Wittmann (pro hac forthcoming)
Alexandra Weissfisch (pro hac forthcoming)
alexspiro@quinnemanuel.com
isaacnesser@quinnemanuel.com
davidadler@quinnemanuel.com
jonathanfeder@quinnemanuel.com
yehudagoor@quinnemanuel.com
michaelwittmann@quinnemanuel.com
alexandraweissfisch@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Andrew H. Schapiro (pro hac forthcoming)
andrewschapiro@quinnemanuel.com
191 N Wacker Drive #2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

William A. Burck (D.C. Bar 979677)
Christopher G. Michel (D.C. Bar 1034557)
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Dennis H. Hranitzky (D.C. Bar NY0117)
dennishranitzky@quinnemanuel.com
2755 E Cottonwood Pkwy, Suite 430
Salt Lake City, UT 84121
Telephone: (801) 515-7300
Facsimile: (801) 515-7400

Robert M. Schwartz (D.C. Bar 412049)
robertschwartz@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiffs*