**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Estate of Avraham Sasi, et al.

                              Plaintiffs,

              v.                                              Case No. 24-cv-284

Islamic Republic of Iran

                              Defendant.

**[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' *Ex Parte* Motion For Waiver Of Local Rule 5.1(c),

it is hereby:

ORDERED, Plaintiffs are exempted from Local Rule 5.1(c) and may proceed without

providing their residential addresses.  [Plaintiffs are hereby directed to file under seal, within

thirty (30) days, a notice with their last permanent residential addresses that will not be

available/disclosed to Defendant.]

**SO ORDERED**

Date:

_____
United States District Judge