AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Estate of Avraham Sasi, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-284 |
| Islamic Republic of Iran, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 01/31/2024

/s/ Dennis H. Hranitzky
*Attorney's signature*

Dennis H. Hranitzky (D.C. Bar NY0117)
*Printed name and bar number*

2755 E Cottonwood Pkwy, Suite 430
Salt Lake City, UT 84121

*Address*

dennishranitzky@quinnemanuel.com
*E-mail address*

(801) 515-7300
*Telephone number*

(801) 515-7400
*FAX number*