AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Estate of Avraham Sasi, et al., *Plaintiff* | ) ) |
| v. | ) Case No. 24-cv-284 |
| Islamic Republic of Iran, *Defendant* | ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 02/01/2024

/s/ William A. Burck
*Attorney's signature*

William A. Burck (D.C. Bar 979677)
*Printed name and bar number*

1300 I Street NW, Suite 900
Washington, D.C. 20005

*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*