AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Estate of Avraham Sasi, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-284 |
| Islamic Republic of Iran, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 02/01/2024

/s/ Christopher G. Michel
*Attorney's signature*

Christopher G. Michel (D.C. Bar 1034557)
*Printed name and bar number*

1300 I Street NW, Suite 900
Washington, D.C. 20005
*Address*

christophermichel@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*