IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>                        Plaintiffs,<br><br>v.<br><br>Islamic Republic Of Iran<br><br>                        Defendant. | Case No. 24-cv-284 |

**DECLARATION OF ANDREW H. SCHAPIRO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Andrew H. Schapiro, hereby declare under the penalty of perjury, pursuant to 28 U.S.C.§ 1746 that:

1. I submit this declaration based on my personal knowledge about me in support of the motion pursuant to Local Civil Rule 83.2 for admission *pro hac vice* in the above-captioned matter.

2. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, and my firm has been retained as counsel for the Plaintiffs in the above referenced action. My office is located at 191 N Wacker Drive #2700, Chicago, Illinois 60606. My business telephone number is (312) 705-7403 and my business email address is andrewschapiro@quinnemanuel.com.

3. As evidenced by the attached Certificate of Good Standing, I am a member in good standing of the Bar of the State of Illinois (Registration No. 6209041).

4. I declare that I am also admitted to and am an active member in good standing in the following courts and jurisdictions: State Bar of New York; United States District Court for the Northern District of Illinois; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States Court of Appeals

for the First Circuit; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Tenth Circuit; United States Court of Appeals for the Federal Circuit; and Supreme Court of the United States.

      5.      I certify that I have never been disciplined in any bar in any jurisdiction.

      6.      I have not been admitted *pro hac vice* in this Court within the last two years.

      7.      I do not engage in the practice of law from an office located within the District of Columbia, am not a member of the District of Columbia bar, and do not have an application pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on this 5th day of February, 2024.

_____
Andrew H. Schapiro