IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>Islamic Republic Of Iran<br><br>  Defendant. | Case No. 24-cv-284 |

### [PROPOSED] ORDER GRANTING ATTORNEY JONATHAN E. FEDER ADMISSION *PRO HAC VICE*

Upon consideration of the Motion to admit Jonathan E. Feder *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Jonathan E. Feder, and in compliance with Local Civil Rule 83.2(e), the Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE