IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Islamic Republic Of Iran<br><br>　　　　　　　　　　Defendant. | Case No. 24-cv-284 |

**[PROPOSED] ORDER GRANTING ATTORNEY ALEXANDRA WEISSFISCH ADMISSION *PRO HAC VICE***

Upon consideration of the Motion to admit Alexandra Weissfisch *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Alexandra Weissfisch, and in compliance with Local Civil Rule 83.2(e), the Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE