IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>          Plaintiffs,<br><br>  v.<br><br>Islamic Republic Of Iran<br><br>          Defendant. | Case No. 24-cv-284 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Plaintiffs hereby move for the appearance and admission *pro hac vice* of attorney Michael A. Wittmann, to represent Plaintiffs in the above-referenced matter.

This motion is supported by the Declaration of Michael A. Wittmann, filed herewith. As set forth in Mr. Wittmann's declaration, he is admitted and an active member in good standing of the New York State Bar. This motion is supported and signed by Dennis H. Hranitzky, an active and sponsoring member of the Bar of this Court.

Dated: February 6, 2024

                       Respectfully submitted,

                      */s/ Dennis Hranitzky*
                      Dennis H. Hranitzky (D.C. Bar NY0117)
                      Quinn Emanuel Urquhart & Sullivan, LLP
                      dennishranitzky@quinnemanuel.com
                      2755 E Cottonwood Pkwy, Suite 430
                      Salt Lake City, UT 84121
                      Telephone: (801) 515-7300
                      Facsimile: (801) 515-7400
                      *Attorney for Plaintiffs*