IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>                                         Plaintiffs,<br><br>v.<br><br>Islamic Republic Of Iran<br><br>                                         Defendant. | Case No. 24-cv-284 |

**DECLARATION OF MICHAEL A. WITTMANN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael A. Wittmann, hereby declare under the penalty of perjury, pursuant to 28 U.S.C.§ 1746 that:

1. I submit this declaration based on my personal knowledge about me in support of the motion pursuant to Local Civil Rule 83.2 for admission *pro hac vice* in the above-captioned matter.

2. I am an Associate at Quinn Emanuel Urquhart & Sullivan, LLP, and my firm has been retained as counsel for the Plaintiffs in the above referenced action. My office is located at 51 Madison Ave, 22nd Floor, New York, NY 10010. My business telephone number is (212) 849-7189 and my business email address is michaelwittmann@quinnemanuel.com.

3. As evidenced by the attached Certificate of Good Standing, I am a member in good standing of the Bar of the State of New York (Registration No. 6009856).

4. I declare that I am also admitted to and am an active member in good standing in the following court: United States District Court for the Southern District of New York.

5. I certify that I have never been disciplined in any bar in any jurisdiction.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law from an office located within the District of Columbia, am not a member of the District of Columbia bar, and do not have an application pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on this 6th day of February, 2024.

_____
Michael A. Wittmann