IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Avraham Sasi, et al.<br><br>         Plaintiffs,<br><br>  v.<br><br>Islamic Republic Of Iran<br><br>         Defendant. | Case No. 24-cv-284 |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Plaintiffs hereby move for the appearance and admission *pro hac vice* of attorney Jordan M. Nakdimon, to represent Plaintiffs in the above-referenced matter.

This motion is supported by the Declaration of Jordan M. Nakdimon, filed herewith. As set forth in Mr. Nakdimon's declaration, he is admitted and an active member in good standing of the New York State Bar. This motion is supported and signed by Dennis H. Hranitzky, an active and sponsoring member of the Bar of this Court.

Dated: February 6, 2024

                          Respectfully submitted,

                          */s/ Dennis Hranitzky*
                          Dennis H. Hranitzky (D.C. Bar NY0117)
                          Quinn Emanuel Urquhart & Sullivan, LLP
                          dennishranitzky@quinnemanuel.com
                          2755 E Cottonwood Pkwy, Suite 430
                          Salt Lake City, UT 84121
                          Telephone:  (801) 515-7300
                          Facsimile:  (801) 515-7400
                          *Attorney for Plaintiffs*