CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Estate of Avraham Sasi, et al.

_____
Plaintiff(s)

vs.

Islamic Republic of Iran

Civil Action No.: __1:24-cv-00284__

_____
Defendant(s)

### AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
c/o Foreign Minister
Ministry of Foreign Affairs
Khomeini Ave., United Nations St.
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __See Exhibit A - Letter To Clerk From Counsel, for more information__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Dennis H. Hranitzky
_____
(Signature)

Dennis H. Hranitzky
Quinn Emanuel Urquhart & Sullivan, LLP
2755 E Cottonwood Pkwy, Suite 430
Salt Lake City, UT 84121

(Name and Address)

# EXHIBIT A

**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121-6950 | TEL (801) 515-7300 FAX (801) 515-7400

WRITER'S DIRECT DIAL NO.
**(801) 515-7333**

WRITER'S EMAIL ADDRESS
**dennishranitzky@quinnemanuel.com**

February 16, 2024

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     ***Estate of Avraham Sasi, et al., v. Islamic Republic of Iran***, Case No. 1:24-cv-00284

        REQUEST FOR SERVICE OF PROCESS ON FOREIGN SOVEREIGN DEFENDANTS

Dear Ms. Caesar:

        I write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendant.

        The Defendant in this case, the Islamic Republic of Iran, and Plaintiffs do not have any special arrangement for service of process under 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2).

        Therefore, pursuant to 28 U.S.C. § 1608(a)(3), I respectfully request that you dispatch the provided service package to the Islamic Republic of Iran.  I have enclosed the following for the Foreign State for you to serve pursuant to 28 U.S.C. § 1608(a)(3): (1) one copy of the Complaint with a translation into Farsi; (2) one copy of the Summons with a translation into Farsi; (3) one copy of the Notice of Suit with one translation into Farsi; (4) one copy of the Foreign Sovereign Immunities Act with a translation into Farsi.

        Please take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(3) by using the enclosed service packages and DHL waybills.

The addresses below should be used to dispatch the above documents in the provided packaging to Defendant:

Islamic Republic of Iran:

Dr. Hossien Amir Abdollahian
Ministry of Foreign Affairs
Imam Khomeini Street
Imam Khomeini Square
Tehran, Iran
1136914811

If you have any questions or require anything further, please do not hesitate to contact me at (801) 515-7333.  Thank you very much for your assistance in this matter.

Sincerely,

Dennis Hranitzky