CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF AVRAHAM SASI et al
_____
Plaintiff(s)

vs.                                         Civil Action No.: 1:24-cv-00284

ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

### CERTIFICATE OF CLERK

I hereby certify under penalty of perjury, that on the __1__ day of __March__, 20__24__, I dispatched for mailing:

1. ☐ One copy of the **summons and complaint** by **registered mail, return receipt requested**, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the **summons, complaint and notice of suit**, together with a translation of each into the official language of the foreign state, by **DHL**, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the **summons, complaint and notice of suit**, together with a translation of each into the official language of the foreign state, by **certified mail, return receipt requested**, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the **summons and complaint**, together with a translation of each into the official language of the foreign state, by **registered mail, return receipt requested**, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: ____/s/ Dwight Patterson____
Deputy Clerk