CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF AVRAHAM SASI et al
_____
Plaintiff(s)

vs.   Civil Action No.: 1:24-cv-00284

ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

### CERTIFICATE OF CLERK

I hereby certify under penalty of perjury, that on the __01__ day of __March__, 20 __24__, I dispatched for mailing:

1. ☐ One copy of the  summons and complaint  by  registered mail, return receipt requested , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the  summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the  summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by  certified mail, return receipt requested , to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the  summons and complaint , together with a translation of each into the official language of the foreign state, by  registered mail, return receipt requested , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


ANGELA D. CAESAR, CLERK

By:   /s/ Dwight Patterson
Deputy Clerk