



```
                    UNITED STATES
                    POSTAL SERVICE.

                         MCPHERSON
                  1750 PENNSYLVANIA AVE NW
                  WASHINGTON, DC 20006-9997
                       (800)275-8777
03/01/2024                              02:34 PM
─────────────────────────────────────────────────
                        Duplicate
─────────────────────────────────────────────────
Product              Qty    Unit       Price
                            Price
─────────────────────────────────────────────────
First-Class Package   1                $36.55
Intl Service™
    Iran (Islamic Republic of)
    Weight: 1 lb 9.70 oz
    Go to www.usps.com
    to track your shipment
    Registered #:
       RH003941864US
    Registered                         $20.75
       Amount: $39.86
    Return Receipt                      $5.80
Total                                  $63.10
─────────────────────────────────────────────────
Grand Total:                           $63.10

Cash                                   $80.00
Change                                -$16.90


        For updated information about
   International Service Disruptions, visit:
           www.usps.com/intl/alerts

    Refer to your Registered Mail® tracking
        number for delivery information.

    Save this receipt as evidence of mailing.
    For information on filing a claim go to
        https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

       To save time, you can complete your
         International Mail Customs Form
    online and bring it with your package
      to a Post Office where you can pay
    postage. Or, use Click-N-Ship service
    online to ship packages from your
            home or office. Go to
    https://www.usps.com/intl/customs.htm

    In a hurry? Self-service kiosks offer
       quick and easy check-out (For
  international mail, only First-Class Mail
  International Letters & Large Envelopes
      are offered on SSK) Any Retail
        Associate can show you how.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
    https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
           Thank you for your business.

          Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device,
```

