CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Estate of Avraham Sasi, et al.

_____
                          Plaintiff(s)

vs.                                              Civil Action No.: 1:24-cv-00284

Islamic Republic of Iran

_____
                          Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
c/o Foreign Minister
Ministry of Foreign Affairs
Khomeini Ave., United Nations St.
Tehran, Iran

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): See Exhibit A - Letter to Clerk From Counsel, for more information, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                             /s Dennis H. Hranitzky
                                                                  (Signature)

                                            Dennis H. Hranitzky
                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                            2755 E Cottonwood Pkwy, Suite 430
                                            Salt Lake City, UT 84121

                                                             (Name and Address)

# EXHIBIT A

**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121-6950 | TEL (801) 515-7300 FAX (801) 515-7400

April 2, 2024

Office of the Clerk
Attn: Angela D. Caesar
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Estate of Avraham Sasi, et al., v. Islamic Republic of Iran*, Case No. 1:24-cv-00284

REQUEST FOR SERVICE OF PROCESS ON FOREIGN SOVEREIGN DEFENDANTS

Dear Ms. Caesar:

I write in connection with the above-captioned case to request that you take all of the necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on the Defendant, The Islamic Republic of Iran.

In accordance with 28 U.S.C. § 1608(a)(4) and FRCP 4(f)(2)(C)(ii), we have enclosed the following for the Defendant: 1) two copies of the Notice of Suit with two translations into Farsi; 2) two copies of the Complaint with two translations into Farsi; 3) two copies of the Summons with two translations into Farsi; 4) two copies of the Notice of Suit with translations into Farsi; and 5) two copies of the Foreign Sovereign Immunities Act with two translations into Farsi; and 6) a cashier's check payable to "U.S. Embassy Bern" for $2,275.00.

The Defendant in this case, the Islamic Republic of Iran, and the United States do not have any special arrangement for service of process 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2).

As docket entry 20 with Exhibit 1 and docket entry 21 with Exhibit 1 demonstrate, Plaintiffs twice attempted to serve the Defendant under 28 U.S.C. § 1608(a)(3) but these service

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

attempts have not succeeded[1], and at least thirty days have transpired since their last attempt was initiated. Plaintiffs are now required to serve these Defendants under 28 U.S.C. § 1608(a)(4).

Please take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(4) by sending the service package to:

U.S. Department of State
CA/OCS/L
SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

Accordingly, please find enclosed a Federal Express package containing two copies of the Complaint, Summons, Notice of Suit, and FSIA with translated copies of each, as well as a cashier's check for $2,275 made out to the U.S. Embassy Bern, which is the fee required by the Department of State.

If you have any questions or require anything further, please do not hesitate to contact me at (801) 515-7333. Thank you very much for your assistance in this matter.


Sincerely,

Dennis Hranitzky

---

[1] *See* USPS tracking number RH003941864US and DHL tracking number 2368275652.