

**UNITED STATES POSTAL SERVICE.**

NATIONAL CAPITOL
2 MASSACHUSETTS AVE NE
WASHINGTON, DC 20002-9997
(800)275-8777

04/04/2024                          12:17 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| USPS Grnd Advtg | 1 | | $12.65 |

Washington, DC 20522
Weight: 8 lb 14.8 oz
Estimated Delivery Date
Sat 04/06/2024
Tracking #:
9534 6104 7072 4095 5618 02
Insurance                                    $0.00
Up to $100.00 included

Total                                         $12.65

---

Grand Total:                                  $12.65

Cash                                          $20.00
Change                                        -$7.35

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

your experience.
alexperience.com/Pos
th your mobile device,

800-410-7420.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee    $4.40
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage    $14.65
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

009-2-5368807-9

---



**UNITED STATES POSTAL SERVICE.**

NATIONAL CAPITOL
2 MASSACHUSETTS AVE NE
WASHINGTON, DC 20002-9997
(800)275-8777

04/04/2024                          12:31 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $14.65 |

Washington, DC 20522
Weight: 8 lb 15.0 oz
Expected Delivery Date
Sat 04/06/2024
Insurance                                    $0.00
Up to $100.00 included
Certified Mail®                              $4.40
Tracking #:
9589 0710 5270 0313 2090 81
Affixed Postage                           -$12.65
Affixed Amount: $12.65

Total                                          $6.40

---

Grand Total:                                   $6.40

Cash                                           $7.00
Change                                        -$0.60

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

---

UFN: 104946-0113
Receipt #: 840-52000009-4-7268392-2
Clerk: 14